# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRYSTAL FRYE,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1482 |
| v. | : | JUDGE MANNION |
| **NANCY A. BERRYHILL,** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the objections of the Commissioner, (Doc. 23), are **OVERRULED**;

**(2)** the report of Judge Mehalchick, (Doc. 22), is **ADOPTED IN ITS ENTIRETY**;

**(3)** the decision of the ALJ is **VACATED** and the instant matter **REMANDED** for further proceedings consistent with the report of Judge Mehalchick; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Date: October 3, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1482-01-ORDER.docx